IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MARVIN DAVIS | : | NO. 12-188 |

ORDER

AND NOW, this 27th day of February, 2013, upon consideration of defendant's motion to suppress pre-arrest statements (Docket #39), the government's opposition, and after a hearing held on January 25, 2013, IT IS HEREBY ORDERED, for the reasons stated in a memorandum bearing today's date, that said motion is DENIED.

BY THE COURT:

/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.