IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| v. | : | |
| MARVIN DAVIS | : | No. 12-188 |

**ORDER**

**AND NOW**, this 9th day of August, 2022, upon consideration of Marvin Davis's Motion for Compassionate Release (Doc. No. 123) and the Government's Response in Opposition (Doc. No. 125), for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Mr. Davis's Motion for Compassionate Release (Doc. No. 123) is **DENIED**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1