# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION NO. 12-188** |
| | : | |
| **MARVIN DAVIS** | : | |

## ORDER

This 8th day of April, 2025, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment, ECF 149, seeking relief with respect to the sole claim still pending from his earlier motion pursuant to 28 U.S.C. § 2255, ECF 119, is **DENIED.**[1]  There is no basis for the issuance of a certificate of appealability.

  /s/ Gerald Austin McHugh
United States District Judge

---

[1] Defendant's other claims for relief were previously denied by this Court's order of October 24, 2024, ECF 140, following review by the Federal Community Defender.